**2009–0821. State v. Gordon.**
Franklin App. No. 08AP–791, 2009-Ohio-1330. On additional memorandum in support treated as a motion for reconsideration. Motion denied.

**2009–0934. State v. Caver.**
Cuyahoga App. No. 91443, 2009-Ohio-1272. On motion for reconsideration. Motion denied.

**2009–0959. Parker v. Tim Lally Chevrolet.**
Cuyahoga App. No. 91674, 2009-Ohio-1614. On motion for reconsideration. Motion denied.

**2009–0996. State v. Mills.**
Tuscarawas App. No. 2007 AP 07 0039, 2009-Ohio-1849. On motion for reconsideration. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**2009–1000. State v. Caver.**
Cuyahoga App. No. 91443, 2009-Ohio-1272. On motion for reconsideration. Motion denied.

**2009–1007. State v. Searles.**
Morgan App. No. 08CA0006, 2009-Ohio-2688. On motion for reconsideration. Motion denied.

**2009–1101. Trumbull Mem. Hosp. v. Karnofel.**
Trumbull App. No. 2008–T–0115, 2009-Ohio-1488. On motion for reconsideration. Motion denied. Motion for leave to proceed denied as moot.

**2009–1102. State v. Moore.**
Union App. No. 14–08–43, 2009-Ohio-2106. On motion for reconsideration. Motion denied.

**2009–1567. State v. Broom.**
Cuyahoga App. No. 91297, 2009-Ohio-3731. On motion for reconsideration. Motion denied.
O'DONNELL, J., dissents.